UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

Civil Action No. 20-179

**EDDIE JENKINS,**                                                **PLAINTIFF,**

v.                                 <u>**JUDGMENT**</u>

**COMMISSIONER OF SOCIAL SECURITY,**                  **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.    the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
    B.    the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
    C.    this action is **STRICKEN** from the active docket of the Court.

This 9th day of July 2021. 

**Signed By:**
<u>Henry R Wilhoit Jr.</u>
**United States District Judge**